UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE KIM,<br><br>         Plaintiff,<br><br>    -v.-<br><br>REGENERON PHARMACEUTICALS, INC.<br>and ASHUTOSH KATIYAR,<br><br>         Defendants. | 24 Civ. 5234 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  On September 16, 2024, Defendants moved to dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Pursuant to Rule 15(a)(1)(B), a plaintiff has 21 days after service of a Rule 12(b) motion to amend the complaint once as of right.

  Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **October 7, 2024**. In accordance with Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiff will not be given any further opportunity to amend the Complaint to address issues raised by the motion to dismiss.

  If Plaintiff amends, then by three weeks after the amended complaint is filed, Defendants shall file an answer or a new motion to dismiss. Once Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss, any opposition shall be filed within 14 days, and any reply shall be filed within seven days of any opposition.

  If no amended complaint is filed, then Plaintiff shall file any opposition to the motion to dismiss by **October 7, 2024**. Defendants' reply, if any, shall be filed by **October 14, 2024**.

  SO ORDERED.

Dated: September 17, 2024
   New York, New York

                        _____
                        JENNIFER H. REARDEN
                        United States District Judge