**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

JOANNE KIM,

              Plaintiff,

      v.

REGENERON PHARMACEUTICALS, INC.,
and ASHUTOSH KATIYAR

              Defendants.

Civil Action No. 1:24-cv-05234

### NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that Defendants Regeneron Pharmaceuticals, Inc. and Ashutosh Katiyar ("Defendants") pursuant to Federal Rule of Civil Procedure 12(b)(6), the Local Rules for the United States District Court for the Southern District of New York, and the Individual Rules and Practices of this Court, and (1) upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint; (2) all records and pleadings on file in this action, and (3) the public record, and on such other and further evidence or oral argument offered at any hearing on this Motion, will move before the Honorable Jennifer H. Rearden, United States District Judge, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York, 10007 on a date and at a time to be designated by the Court, for an Order dismissing the Amended Complaint, and for other such relief as this Court may deem just and proper.

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ A. Klair Fitzpatrick*
A. Klair Fitzpatrick (Admitted *pro hac vice*)
2222 Market Street

-2-

Philadelphia, PA  19103-3007
T: (215) 963-5000
F: (215) 963-5001
klair.fitzpatrick@morganlewis.com

Elisa C. Egonu
101 Park Avenue
New York, NY  10178-0060
elisa.egonu@morganlewis.com


Dated: October 28, 2024                    *Counsel for Defendants*

-3-

## CERTIFICATE OF SERVICE

I certify that on October 28, 2024, I caused the foregoing document to be filed via the Court's ECF system, which caused electronic notification upon all counsel of record.

*/s/ A. Klair Fitzpatrick*