UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNE KIM,

                    Plaintiff,

-against-                              No. 1:24-cv-05234 (LAP)

REGENERON PHARMACEUTICALS, INC.,      ORDER
and ASHUTOSH KATIYAR

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

At today's conference, the parties sought clarification as to the status of Plaintiff's NYCHRL discrimination claim (Count Five). The Court confirms that Count Five may proceed with respect to Plaintiff's claims of discrimination based on caregiver status and associational disability. However, Plaintiff may not pursue a claim of sex-based discrimination under Count Five. See Dkt. 25 at 24-25.

Defendants' answer deadline shall be held in abeyance pending settlement discussions. The parties shall promptly advise the Court by letter whether they seek referral to mediation or wish to proceed with a settlement conference before this Court.

The parties shall also advise the Court by letter within 30 days as to the status of settlement-related discovery.

**SO ORDERED.**

_____
LORETTA A. PRESKA
Senior United States District Judge

April 2, 2026